IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LIONEL WILLIAM ARMSTRONG, | ) | |
| Movant, | ) | |
| v. | ) | 1:97CR163-1 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**O-R-D-E-R**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on June 17, 2011, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Movant's motion for reduction of sentence [Docket No. 21] is **DENIED**.

This the 18th day of December, 2013.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge